IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOT CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3615 |
| | § | |
| BANK OF AMERICA, N.A., As | § | |
| Successor by Merger to BAC | § | |
| HOME LOANS SERVICING, LP, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order

granting Defendant's Motion to Dismiss, this action is **DISMISSED**

**WITH PREJUDICE**.

Costs will be taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 20th day of August, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE